UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED ACTION

CASE NO. 20-60851-CIV-SINGHAL
CASE NO. 20-22207-CIV-SINGHAL
CASE NO. 20-22316-CIV-SINGHAL
CASE NO. 20-22594-CIV-SINGHAL

IN RE: UNIVERSITY OF MIAMI COVID-19
TUITION AND FEE REFUND LITIGATION
_____/

## DEFENDANT'S NOTICE REGARDING ITS RESPONSE TO PLAINTIFFS' JOINT MOTION FOR APPOINTMENT OF CO-LEAD INTERIM CLASS COUNSEL

Defendant, University of Miami (the "University"), by and through undersigned counsel, hereby gives notice that, following the filing of its Response to Plaintiffs' Joint Motion for Appointment of Co-Lead Interim Class Counsel (D.E. 42), the parties conferred regarding the logistical concerns raised in the University's Response. Plaintiffs' counsel advised that Sarah N. Westcot of Bursor & Fisher, P.A. has been designated by Plaintiffs as their "communications counsel" and will serve as the single point of contact on behalf of Plaintiffs for requests, pre-filing meet and confers, etc. The University respectfully requests that any Order entered by the Court regarding Plaintiffs' Motion include that designation.

Respectfully submitted,

**ISICOFF RAGATZ**
601 Brickell Key Drive, Suite 750
Miami, Florida 33131
Tel: (305) 373-3232
Fax: (305) 373-3233

By: /s/ Eric D. Isicoff
    Eric D. Isicoff
    Florida Bar No. 372201
    Isicoff@irlaw.com
    Teresa Ragatz
    Florida Bar No. 545170
    Ragatz@irlaw.com
    Christopher M. Yannuzzi
    Florida Bar No. 92166
    Yannuzzi@irlaw.com

*Lead Counsel for Defendant, University of Miami*

and

**NELSON MULLINS BROAD AND CASSEL**
Mark F. Raymond
Florida Bar No. 373397
2 S. Biscayne Boulevard
One Biscayne Tower, 21st Floor
Miami, Florida 33131
Tel: (305) 373-9425
E-mail: mark.raymond@nelsonmullins.com

*Co-Counsel for Defendant, University of Miami*

## **CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that a true and correct copy of the foregoing has been served via CM/ECF this 7th day of August, 2020, upon the following:

| | |
|---|---|
| Bursor & Fisher, P.A.<br>Sarah N. Westcot<br>701 Brickell Avenue, Suite 1420<br>Miami, FL 33131-2800<br>Tel: (305) 330-5512<br>Fax: (305) 676-9006<br>E-mail: swestcot@bursor.com<br><br>Bursor & Fisher, P.A.<br>Andrew J. Obergfell *(admitted pro hac vice)*<br>888 Seventh Avenue<br>New York, NY 10019<br>Tel.: (646) 837-7150<br>Fax: (212) 989-9163<br>E-mail: aobergfell@bursor.com<br><br>*Counsel for Plaintiff, Valeria Dimitryuk* | Grossman Roth Yaffa Cohen, P.A.<br>Stuart Z. Grossman<br>Rachel W. Furst<br>2525 Ponce de Leon Boulevard, Suite 1150<br>Coral Gables, FL 33134<br>Tel.: (305)442-8666<br>E-mail: szg@grossmanroth.com<br>E-mail: rwf@grossmanroth.com<br><br>Hagens Berman Sobol Shapiro LLP<br>Daniel J. Kurowski *(admitted pro hac vice)*<br>Whitney K. Siehl *(admitted pro hac vice)*<br>455 N. Cityfront Plaza Dr., Suite 2410<br>Chicago, IL 60611<br>Tel.: (708) 628-4949<br>E-mail: dank@hbsslaw.com<br>E-mail: whitneys@hbsslaw.com |
| Eggnatz Pascucci, P.A.<br>Joshua Harris Eggnatz<br>Michael James Pascucci<br>7450 Griffin Road, Suite 230<br>Davie, FL 33314<br>Tel.: (954) 889-3359<br>Fax: (954) 889-5913<br>E-mail: JEggnatz@JusticeEarned.com<br>E-mail: MPascucci@JusticeEarned.com<br><br>Leeds Brown Law, P.C.<br>Michael A. Tompkins (*admitted pro hac vice*)<br>Brett R. Cohen (*admitted pro hac vice*)<br>One Old Country Road, Suite 347,<br>Carle Place, New York 11514<br>Tel.: (516) 873-9550<br>E-mail: mtompkins@leedsbrownlaw.com<br>E-mail: bcohen@leedsbrownlaw.com<br><br>*Counsel for Plaintiff, Julie Gold* | Hagens Berman Sobol Shapiro LLP<br>Steve W. Berman *(admitted pro hac vice)*<br>1301 2nd Ave., Suite 2000<br>Seattle, WA 98101<br>Tel.: (206) 623-7292<br>E-mail: steve@hbsslaw.com<br><br>*Counsel for Plaintiff, Michael Weiss*<br><br>Anastopoulo Law Firm, LLC<br>Justin S. Hemlepp<br>Eric M. Poulin (*admitted pro hac vice*)<br>Roy T. Willey, IV (*admitted pro hac vice*)<br>32 Ann Street<br>Charleston, SC 29403<br>Tel.: (843) 614-8888<br>E-mail: justinh@akimlawfirm.com<br>E-mail: eric@akimlawfirm.com<br>E-mail: roy@akimlawfirm.com<br><br>*Counsel for Plaintiff, Adelaide Dixon* |

By: /s/ Eric D. Isicoff
Eric D. Isicoff