*EXHIBIT "A"*

## Financial Responsibility Statement

**Terms and Conditions for Course Enrollment/Registration**
I understand that by enrolling for classes at the University of Miami I am responsible to pay any and all tuition, fees and/or any other miscellaneous charges assessed to my student account. I agree to and accept financial responsibility for all charges on my student account. I promise to pay the University of Miami the full amount of my student account balance when due.

**Campus Tuition and Fees**
I understand that activity on my account such as dropping or adding classes, adding a meal plan or a housing assignment to my account, among other activity, may create a new balance on my student account. I understand that new charges are due upon receipt and must be paid immediately. I understand that failure to pay these charges promptly may lead to the cancellation of my classes. I also understand that I am responsible for any charges remaining on my student account in the event my classes are cancelled. I understand that the University does not process paper tuition statements in the mail and any balance that I may carry on my student account will be available for my review within the CaneLink system. I understand that the University will notify me of changes to my account balance via e-mail and it is my responsibility to monitor my CaneLink account on a regular basis for changes.

I understand that if I am given a refund in anticipation of the receipt by the University of State, Federal or Institutional aid, and some or all of that aid is later withdrawn or cancelled, or I am determined to be ineligible for such aid, I will be obligated to immediately repay such refund and that charge will be posted to my account.

**Payment Plan**
I understand that I may be eligible to participate in a monthly payment plan agreement if I am not able to pay for my tuition and fees in advance of the tuition due date. I understand that I must meet the eligibility requirements for the monthly payment plan if I wish to use this option to satisfy my semester balance. I understand that I may not be able to register for classes, order transcripts and/or diplomas and I may be subject to course cancellation ineligibility to participate in future monthly payment plan arrangements if I do not abide by all terms and conditions of the monthly payment plan.

**Third Party Agreements**
I understand that I am responsible for any balance on my student account resulting from a defaulted or short payment by any third party organization. I understand that the University will not pursue a third party organization on my behalf and that it is my responsibility to ensure any organization(s) submitting payment on my behalf are doing so in accordance with University policy.

**Collections**
Should I default on my account, I agree to reimburse and pay the University for the fees and costs of any collection agency, used in the collection of the debt, which may be based on a percentage

rate of the outstanding debt at a maximum rate of 40% of the outstanding debt.  I also agree to reimburse and pay the University for all other costs and fees of collection, including a reasonable attorney's fee, incurred by the University in the collection of the debt.  For purposes of collection of amounts owed by me to the University, I consent to the jurisdiction of the courts of the state of Florida, Miami-Dade County.  I understand that failure to pay my student account may result in the University filing an adverse report with credit bureaus.  I understand that the University of Miami is a non-profit institution of higher learning.  As such, student receivable accounts are considered to be educational loans offered for the sole purpose of financing an education and are not dischargeable in bankruptcy proceedings.

I understand, and agree that should I leave the University of Miami under any circumstance with a balance due, I hereby authorize the University of Miami and/ or its agents, including attorneys and/ or collection agencies, to contact me via cellular telephone and / or all forms of electronic technology (to include text messaging and e-mail) to collect such outstanding debt.

**Authorization for Enrollment/Registration**
I understand that I may not be able to register for classes, order transcripts and/or diplomas and I may be subject to course cancellation if I do not abide by the aforementioned financial terms of responsibility.  By clicking on the "I Agree" button, I confirm that I have read and agree to the University of Miami's Financial Responsibility Statement.

**Choice of Law, Venue and Place of Execution of this Agreement**
I understand and agree that my electronic signature on this document has been or will be deemed to have been placed hereon at the University of Miami in Coral Gables, Miami-Dade County, Florida. I agree that any legal disputes between me and the University of Miami shall be resolved in the State and/or Federal Courts located in Miami-Dade County, Florida and that the laws of the State of Florida and/or United States shall apply and I hereby irrevocably consent to the jurisdiction of the courts of the State of Florida for such legal disputes.