# EXHIBIT "B"



**March 12, 2020**

To the University of Miami Community,

The University of Miami leadership team, dedicated COVID-19 task force, and emergency management team have been closely monitoring the spread of the coronavirus outbreak while aggressively preparing for contingencies around this rapidly evolving situation. The health and well-being of our community remain our highest priorities.

Over the past 24 hours, the World Health Organization declared the coronavirus outbreak a global pandemic, while Miami-Dade County recorded its first confirmed case and declared a state of emergency. Given these unprecedented circumstances, and following the guidance from Gov. Ron DeSantis, state agencies, and public health officials yesterday, University leadership has made the following immediate decisions:

***Spring break has been extended through March 22. Classes will resume on March 23, but strictly in online/remote/distance learning environments through at least April 4.***

### CLASSES

- **Spring break for students has been extended through next week**.
- The spring semester will resume on Monday, March 23; however, **classes will be provided strictly in online/remote/distance learning environments through at least Saturday, April 4**.
- We will continue to monitor the COVID-19 situation and will make a future decision regarding when in-person instruction may resume.
- Faculty should use this time to prepare for online course delivery, which will begin on Monday, March 23. The University has launched an [academic and business continuity site](#) to assist faculty members and students in continuing their teaching and learning activities with minimal

disruption.

## ON-CAMPUS HOUSING, DINING, AND ACTIVITIES

- Residential colleges and designated dining facilities will remain open during this time, based on demand. However, students should consider whether their campus or permanent residence is the safest option during this time.
- **Any student who has visited China, France, Germany, Iran, Italy, Japan, South Korea, or Spain is not permitted to return to campus until they have completed a mandatory 14-day self-quarantine period.** This remains consistent with earlier guidance.
- Effective Monday, March 16, outside guests will not be permitted inside residential colleges.
- University Libraries, the Shalala Student Center, the Herbert Wellness Center, Student Health Service, and the Counseling Center will remain open.
- The University's housekeeping services have increased the frequency and depth of cleaning and disinfection in all campus facilities. In addition, the University has placed additional hand-sanitizing stations throughout all campuses.

## FOR FACULTY AND STAFF

- **Outside of course instruction, all University operations will continue as normal, and faculty and staff are expected to maintain their normal work schedules and activities.** This decision is consistent with guidance from public health agencies.
- If you or a member of your household falls into one of the high-risk groups as identified by the CDC, such that you may be advised by a medical professional not to come to work, please contact Human Resources Management.
- Faculty and staff are encouraged to practice social distancing and cough and sneeze etiquette, as well as follow CDC recommendations for handwashing and the use of hand sanitizer.

## EVENTS AND ATHLETICS COMPETITIONS

- Effective Sunday, March 15, through at least Tuesday, March 31, all

- campus events or meetings with 50 of more attendees, including external events, are canceled, with limited exceptions.
- Home athletics competitions will continue but without fans. This decision follows the NCAA decision yesterday to conduct the men's and women's basketball tournaments without fans.
- Please refer to the University's [dedicated COVID-19 site](#) for complete, up-to-date guidance on campus events and meetings.

All of the measures outlined above are being done to reduce the potential for the spread of the coronavirus and are in the interest of the safety of our University community.

The University has launched an expanded COVID-19 site with up-to-date guidance, advisories, and links to resources at [coronavirus.miami.edu](#).

The University has allocated funds and secured the necessary supplies and materials to ensure the continuity of operations and is implementing numerous measures to maintain a safe campus environment. Our dedicated COVID-19 task force, which has been meeting since January, continues to work diligently on this unprecedented situation.

We recognize that these actions are disruptive, but they are guided by the recommendations of leading health officials and by our priority to safeguard the health and well-being of our community. We will continue to provide regular updates.

This email was sent by: **University of Miami - Communications**

6200 San Amaro Drive, Suite 400 Coral Gables, FL, 33146, United States