# *EXHIBIT "C"*

Case 0:20-cv-60851-AHS   Document 52-3   Entered on FLSD Docket 09/25/2020   Page 2 of 5



**March 17, 2020**

To the University of Miami Community,

The University of Miami leadership team, COVID-19 task force, and emergency management team continue to take proactive measures—following the guidance of public health and government agencies—to safeguard the health and safety of our community. As the COVID-19 outbreak continues to rapidly evolve, University leadership has made the following immediate decisions:

*In accordance with public health guidance to reduce density on campus, and due to the likelihood of further travel restrictions in the coming days, the move to online instruction has been extended through the remainder of the spring semester, which will conclude on May 6. Also, we will implement partial closing of on-campus housing beginning March 25.*

## CLASSES

- Classes and labs will resume on March 23, but strictly in **online/remote /distance learning environments through the remainder of the spring semester, which will conclude on May 6**.
- Faculty should continue to prepare for online course delivery, which will begin on Monday, March 23. Additional resources to assist faculty members and students in continuing their teaching and learning activities with minimal disruption can be found on the academic and business continuity site and on coronavirus.miami.edu.

## ON-CAMPUS HOUSING

- **In accordance with public health guidance to reduce density on campus, and due to the likelihood of further travel restrictions in the coming days, we will implement partial closing of on-campus**

- housing beginning March 25.
  - **We strongly encourage all students to return to their permanent residence and not remain in on-campus housing.**
  - Limited exceptions will be made for students unable to return home, or who cannot find housing elsewhere.
  - Although encouraged, students do not need to remove their personal belongings from their room immediately. Students will have until May 8 at 5 p.m. to return to campus to pick up their items and fully check out of their housing assignment.
  - Room and board costs will be pro-rated for the remainder of the semester for all students leaving campus. Additional information will be forthcoming.
  - **Students who need extensions to pick up personal belongings or who need to remain in on-campus housing must complete an exemption request via the housing portal available in CaneLink no later than March 23 at noon.**
  - We will make every effort to accommodate students and each case will receive individual attention. If you have questions, please contact [housing@miami.edu](mailto:housing@miami.edu).
- Most on-campus facilities will be closed. The Wellness Center at both the Coral Gables and medical campuses and the University Center pool will be closed. University Libraries will be closed but will provide online access to resources. The Counseling Center will not hold in-person appointments but will offer telemedicine. The University Center complex, including the Shalala Student Center, will have restricted access.

**FOR FACULTY AND STAFF**

- As communicated on Sunday, the University has activated temporary exceptions to policies to encourage social distancing and minimize the number of people on campus. In consultation with their supervisors, **employees whose duties can be performed remotely are encouraged to work from home**.
- We would like to reiterate that if you are sick, or think you are sick, please stay at home. Do not come to work and please contact your medical care provider.
- The Faculty Club dining facility will be closed.
- Campus buildings will be restricted. 'Cane Cards will be required to gain access to buildings, classrooms, and offices.

**SPRING COMMENCEMENT**

- The University continues to examine the spring commencement schedule and will communicate additional information soon.

The University's dedicated COVID-19 site, which can be found at [coronavirus.miami.edu](coronavirus.miami.edu), is updated constantly and will continue to serve as the best and most up-to-date source for information regarding the University's response to the COVID-19 pandemic.

We recognize that these actions are disruptive, but they are guided by the recommendations of leading health officials and by our priority to safeguard the health and well-being of our community. We will continue to provide regular updates.

This email was sent by: **University of Miami - Communications**

6200 San Amaro Drive, Suite 400 Coral Gables, FL, 33146, United States