# *EXHIBIT "D"*



**March 25, 2020**

To University of Miami Students and Families:

As the University of Miami continues its proactive and comprehensive response to the COVID-19 pandemic, we recognize the financial strain faced by many families during these unprecedented times. To help alleviate some of these concerns, the University is planning to issue prorated reimbursements for housing, meal plans, and parking in some form for any student who leaves campus.

The University will continue to provide students with academic instruction as well as an array of resources, all through online platforms, including tutoring, career counseling, student involvement opportunities, and counseling services.

## Housing information

- Students who complete the housing check-out process by the March 25, 2020, deadline will have charges prorated as of that date and a credit issued to their student account. Students who do not complete the check-out process by March 25 or have not made alternate arrangements with Housing and Residential Life may have a proration date later than March 25. (Housing and Residential Life questions: housing@miami.edu)

## Dining information

- Spring meal plan costs (minus Dining Dollar balances) will be prorated to March 25, 2020, or the last day of usage, whichever is later, and a credit will be issued to the student account. Dining Dollar balances will remain available for use through Oct. 15, 2020. Graduating seniors with Dining Dollar balances may be eligible for a prorated refund. (Dining questions: diningservices@miami.edu)

**Parking information**

- Student parking permit costs will be prorated to March 25, 2020, and a credit will be issued to the student account. Students whose vehicles remain on campus will not receive a credit/refund and those vehicles may continue to utilize on-campus parking without receiving a citation through the start of the Fall 2020 semester. (Parking questions: parking.gables@miami.edu)

**Study abroad**

- Students who participated in University of Miami study abroad programs should refer to official communications provided by the University's Study Abroad office regarding any credits/refunds. (Study abroad questions: studyabroad@miami.edu)

Please note, the possibility of credits/refunds will be determined by a student's individual financial aid circumstances. The Office of Student Accounts will review accounts for any outstanding balances before issuing a credit/refund.

Students who are facing extreme challenges are encouraged to reach out directly to the Division of Student Affairs at vpsa@miami.edu.

This email was sent by: **University of Miami - Communications**

6200 San Amaro Drive, Suite 400 Coral Gables, FL, 33146, United States