*EXHIBIT "E"*



**April 29, 2020**

To Our University Community,

The University of Miami continues to take proactive steps to safeguard the health and well-being of our community, while still delivering on our mission of education, research, innovation, and service, and planning for the summer and fall terms.

We recognize the financial strain faced by many of our students and their families during this period of unprecedented disruption. To help alleviate some of these concerns and to support our students, the University is providing financial relief in a number of ways.

**Refund of unused fees**
The University will refund student accounts with a prorated amount for any Spring 2020 fees and services that cannot be provided in an online or virtual format. This includes housing, dining, parking, student center, wellness center, health and counseling, student activities, and athletics fees. Fees will be prorated to March when classes transitioned to an online format. Services that remain available to students, such as health and counseling services for Florida residents through telehealth, will not be refunded. Prorated refunds will be posted to the student account on April 28 and can be viewed in 'CaneLink. Specific questions may be directed to the dedicated ['Canes Central team](.).

**Federal Work Study and non-Federal Work Study income**
The Department of Education authorized the payment of unutilized Federal Work Study funds to each impacted student. The University has and will continue to pay hourly Federal Work Study and non-Federal Work Study student employees through the end of the Spring 2020 semester. Detailed information has been provided to eligible students.

**Support for students experiencing serious financial hardship**

Students experiencing serious financial hardship are encouraged to submit to 'Canes Central a request for review of your financial aid arrangements to determine if you are eligible for an increase in aid or if emergency support may be available from another source.

The unity of our Hurricanes family in the face of this pandemic—working together to support one another and to ensure the continuity of education, research, and patient care—has been inspiring. Supporting our students' academic pursuits continues to be at the forefront of our efforts, and the well-being of our community remains our highest priority. We look forward to a successful summer term, and to an anticipated on-time, on-campus start to our fall semester.

Sincerely,

*[signature]*

Jeffrey L. Duerk, Ph.D.
Executive Vice President for Academic Affairs and Provost

*[signature]*

Jacqueline Travisano, Ed.D
Executive Vice President for Business and Finance and Chief Operating Officer

*[signature]*

Patricia A. Whitely. Ed.D.
Vice President for Student Affairs

This email was sent by: **University of Miami - Communications**

6200 San Amaro Drive, Suite 400 Coral Gables, FL, 33146, United States