## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CONSOLIDATED ACTION

CASE NO. 20-60851-CIV-SINGHAL
CASE NO. 20-22207-CIV-SINGHAL
CASE NO. 20-22316-CIV-SINGHAL
CASE NO. 20-22594-CIV-SINGHAL

IN RE: UNIVERSITY OF MIAMI COVID-19
TUITION AND FEE REFUND LITIGATION
_____/

### DEFENDANT'S VERIFIED RESPONSE TO ORDER TO SHOW CAUSE

Defendant, University of Miami (the "University"), by and through its undersigned counsel, hereby responds to the order to show cause [D.E. # 94]. Counsel for the University inadvertently calendared March 21, 2022 as the date by which a response to the Motion to Compel [D.E. # 92] was due to be filed. This error was due to the failure of undersigned counsel to supervise staff and to notice that the Magistrate Judge's expedited briefing schedules had not been taken into account in the calendaring of the response. Attached hereto is the University's response brief. The University respectfully requests that the Court permit this response to be late-filed and considered in its determination of the issues raised so that this matter can be resolved on the merits.

WHEREFORE, Defendant, University of Miami, respectfully requests that the Court permit its response to be late-filed and considered in its determination of the issues raised along with all other and such further relief as the Court deems just and appropriate under the circumstances.

## VERIFICATION

Under the penalties of perjury, I declare that the factual assertions set forth above are true and correct.

_____
Matthew L. Lines
Florida Bar No. 243980

Respectfully submitted,

**ISICOFF RAGATZ**
601 Brickell Key Drive, Suite 750
Miami, Florida 33131
Tel: (305) 373-3232
Fax: (305) 373-3233

By: /s/ Eric D. Isicoff
    Eric D. Isicoff
    Florida Bar No. 372201
    Isicoff@irlaw.com
    Teresa Ragatz
    Florida Bar No. 545170
    Ragatz@irlaw.com
    Matthew L. Lines
    Florida Bar No. 243980
    Lines@irlaw.com
    Christopher M. Yannuzzi
    Florida Bar No. 92166
    Yannuzzi@irlaw.com

*Lead Counsel for Defendant, University of Miami*

and

**NELSON MULLINS BROAD AND CASSEL**
Mark F. Raymond
Florida Bar No. 373397
2 S. Biscayne Boulevard
One Biscayne Tower, 21st Floor
Miami, Florida 33131
Tel: (305) 373-9425
E-mail: mark.raymond@nelsonmullins.com

*Co-Counsel for Defendant, University of Miami*

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that a true and correct copy of the foregoing has been served via e-mail this 16th day of March, 2022, upon the following:

Bursor & Fisher, P.A.
Sarah N. Westcot
701 Brickell Avenue, Suite 1420
Miami, FL 33131-2800
Tel: (305) 330-5512
Fax: (305) 676-9006
E-mail: swestcot@bursor.com

*Co-Lead Interim Class Counsel*

Anastopoulo Law Firm, LLC
Roy T. Willey, IV (admitted *pro hac vice*)
32 Ann Street
Charleston, SC 29403
Tel. (843) 614-8888
E-mail: roy@akimlawfirm.com

*Co-Lead Interim Class Counsel*

Grossman Roth Yaffa Cohen, P.A.
Stuart Z. Grossman
Rachel W. Furst
2525 Ponce de Leon Boulevard, Suite 1150
Coral Gables, FL 33134
Tel.: (305)442-8666
E-mail: szg@grossmanroth.com
E-mail: rwf@grossmanroth.com

Hagens Berman Sobol Shapiro LLP
Daniel J. Kurowski (admitted *pro hac vice*)
Whitney K. Siehl (admitted *pro hac vice*)
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
Tel.: (708) 628-4949
E-mail: dank@hbsslaw.com
E-mail: whitneys@hbsslaw.com

*Counsel for Plaintiff, Michael Weiss*

Hagens Berman Sobol Shapiro LLP
Steve W. Berman (admitted *pro hac vice*)
1301 2nd Ave., Suite 2000
Seattle, WA 98101
Tel.: (206) 623-7292
E-mail: steve@hbsslaw.com

*Co-Lead Interim Class Counsel*

Bursor & Fisher, P.A.
Andrew J. Obergfell (admitted *pro hac vice*)
888 Seventh Avenue
New York, NY 10019
Tel.: (646) 837-7150
Fax: (212) 989-9163
E-mail: aobergfell@bursor.com

*Counsel for Plaintiff, Valeria Dimitryuk*

Eggnatz Pascucci, P.A.
Joshua Harris Eggnatz
Michael James Pascucci
7450 Griffin Road, Suite 230
Davie, FL 33314
Tel. (954) 889-3359
Fax (954) 889-5913
E-mail: JEggnatz@JusticeEarned.com
E-mail: MPascucci@JusticeEarned.com

Leeds Brown Law, P.C.
Michael A. Tompkins (*admitted pro hac vice*)
Brett R. Cohen (*admitted pro hac vice*)
One Old Country Road, Suite 347,
Carle Place, New York 11514
Tel.: (516) 873-9550
E-mail: mtompkins@leedsbrownlaw.com
E-mail: bcohen@leedsbrownlaw.com

*Counsel for Plaintiff, Julie Gold*

Anastopoulo Law Firm, LLC
Justin S. Hemlepp
Eric M. Poulin (admitted *pro hac vice*)
Blake G. Abbott (admitted *pro hac vice*)
32 Ann Street
Charleston, SC 29403
Tel. (843) 614-8888
E-mail: justinh@akimlawfirm.com
E-mail: eric@akimlawfirm.com
E-mail: blake@akimlawfirm.com.

*Counsel for Plaintiff, Adelaide Dixon*

By: /s/ Eric D. Isicoff
     Eric D. Isicoff