UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED ACTION

CASE NO. 20-60851-CIV-SINGHAL
CASE NO. 20-22207-CIV-SINGHAL
CASE NO. 20-22316-CIV-SINGHAL
CASE NO. 20-22594-CIV-SINGHAL

IN RE: UNIVERSITY OF MIAMI COVID-19
TUITION AND FEE REFUND LITIGATION
_____/

## **FINAL JUDGMENT**

**PURSUANT** to the Court's December 30, 2022, Order granting Defendant's Motion for Summary Judgment, the Court enters this separate Final Judgment pursuant to Fed. R. Civ. P. 58(a). Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Final Judgment is entered in favor of Defendant University of Miami and against Plaintiffs Valeria Dimitryuk and Adelaide Dixon. Plaintiffs shall take nothing by this action.

The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions and shall file this Final Judgment in each of the consolidated cases listed above.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 30th day of December 2022.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF